[No. 5544–1.   Division One.   September 18, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY CHARLES THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 8251, Robert C. Bibb, J., entered March 15, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by James and Williams, JJ.

[No. 5776–1.   Division One.   September 18, 1978.]

FRED B. TAYLOR, JR., ET AL, *Appellants*, v. LOIS WILMA MUELLER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 816448, David C. Hunter, J., entered June 22, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Williams, JJ.

[No. 5790–1.   Division One.   September 18, 1978.]

TRANSPORT CLEARING NORTHWEST, *Respondent*, v. BARDAHL MANUFACTURING CO., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 809614, Herbert E. Wieland, J., entered June 21, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Williams, JJ.